```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FRANCIS STEINIGER,                  :
                                    :
             Plaintiff,             :
                                    :
        -v-                         :    10 Civ. 0282 (JSR)
                                    :
INTERNAL REVENUE SERVICE, and THE   :    ORDER
EXECUTIVE OFFICE FOR UNITED STATES  :
ATTORNEYS,                          :
                                    :
             Defendants.            :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On February 15, 2011, the Honorable James C. Francis, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that the Court grant defendants' motion for summary judgment, and thereby dismiss the complaint in its entirety. On February 24, 2011, pro se plaintiff Francis Steiniger filed objections to the Report. Accordingly, the Court reviewed plaintiff's objections and the underlying record de novo. Having done so, the Court finds itself in complete agreement with the well-reasoned Report, which the Court hereby adopts by reference. Thus, for the reasons stated in the Report, the Court hereby grants the motion and dismisses plaintiff's claims in their entirety, with prejudice. Clerk to enter judgment.

SO ORDERED.

Dated: New York, NY
       March 7, 2010                    JED S. RAKOFF, U.S.D.J.